Alison L. Plessman, State Bar No. 250631
aplessman@hueston.com
William Larsen, State Bar No. 314091
wlarsen@hueston.com
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:   (213) 788-4340
Facsimile:    (888) 775-0898

Attorneys for Defendant PacifiCorp

Douglas Boxer, Esq
Cal. State Bar No. 154226
**LAW OFFICE OF DOUGLAS BOXER**
2561 California Park Drive, Suite 100
Chico, CA 95928
Telephone: (530) 413-1851
doug@boxerlawoffice.com

Mikal C. Watts (*pro hac vice*)
Texas State Bar No. 20981820
Alicia O'Neill (*pro hac pending*)
Texas State Bar No. 24040801
Jennifer A. Neal (*pro hac pending*)
Texas State Bar No. 24089834
Shelly Ann Sanford (*pro hac pending*)
Texas State Bar No. 00784904
**WATTS GUERRA LLC**
5726 W. Hausman Rd., Ste. 119
San Antonio, Texas 78249
Telephone: (210) 447-0500
Facsimile: (210) 447-0501
mcwatts@wattsguerra.com
aoneill@wattsguerra.com
jneal@wattsguerra.com
ssanford@wattsguerra.com

Attorneys for Plaintiffs Frank Ormsby et al.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANK ORMSBY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PacifiCorp, et al., <br><br> Defendants. | Case No. 2:22-CV-00866-WBS-DMC <br><br> **JOINT STIPULATION REGARDING REMAND AND ORDER** |

Pursuant to Local Rule 143, Plaintiffs and Defendant PacifiCorp (together, the "Parties") jointly submit the following stipulation regarding the pending motion to remand in this action (Dkt. No. 12):

WHEREAS Plaintiffs have moved to remand this case to the Superior Court for the County of Siskiyou;

- 1 -
JOINT STIPULATION REGARDING REMAND

6215939

1     WHEREAS Judge England recently issued a decision regarding the motion to remand in another Slater Fire case, Farmers Insurance Co. et al. v. PacifiCorp, No. 2:21-cv-00801-MCE-CKD, involving similar facts and arguments;

    WHEREAS the Parties jointly agree to remand this case with Plaintiffs agreeing not to seek fees or costs associated with removal or remand in this case, provided PacifiCorp agrees not to seek removal of Slater Fire cases on any of the grounds for removal asserted in this case;

    NOW, THEREFORE, subject to the Court's approval, the Parties stipulate that this action is REMANDED to the Superior Court for the County of Siskiyou with both parties to bear their own attorney fees and costs.

Dated: July 6, 2022     **LAW OFFICE OF DOUGLAS BOXER**

    By:   */s/ Douglas Boxer*
            Douglas Boxer
            *Attorneys for Frank Ormsby, et al.*

Dated: July 6, 2022     **HUESTON HENNIGAN LLP**

    By:   */s/ Alison L. Plessman*
            Alison L. Plessman
            *Attorneys for Defendant PacifiCorp*

    **IT IS SO ORDERED:**   This action is HEREBY REMANDED to the Superior Court for the County of Siskiyou with both parties to bear their own attorney fees and costs.  The September 19, 2022 motion hearing and October 24, 2022 Scheduling Conference are VACATED.

Dated: July 7, 2022

                                          WILLIAM B. SHUBB
                                          UNITED STATES DISTRICT JUDGE